United States Bankruptcy Court for the District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for Valley Strong Credit Union*

**Order Filed on February 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Ketly Dorvilus-Delia,**

Debtor(s).

Case No.: 25-19070-MEH

Chapter 13

Hearing Date: 2/4/2026

Judge: Mark Edward Hall

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: February 4, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Secured Creditor: Valley Strong Credit Union

Secured Creditor's Counsel: Padgett Law Group

Debtor's Counsel: Justin M Gillman

Property Involved ("Collateral"): 415 Hillside Ave, Piscataway, NJ 08854

Relief Sought: ■ Motion for Relief from the Automatic Stay and Co-Debtor Stay

For good cause shown, it is ORDERED that Secured Creditor's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

- Debtor is overdue for 3 months from October 30, 2025 through December 30, 2025.
- Debtor is overdue for 3 payments from October 30, 2025 through December 30, 2025 at $768.17 per month.

Funds Held in Suspense: $0.00

Total Arrearages Due: $2,304.51

2. Debtor must cure all post-petition arrearages, as follows:

- Beginning on January 30, 2026, regular monthly mortgage payments shall continue to be made in the amount of $768.17.
- Debtors will file a Modified Plan to include the remaining post-petition arrears and fees totaling $2,304.51.
- Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $2,304.51 along with the pre-petition arrears.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

4. In the event of Default:

- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the automatic stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- In the event that Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the automatic stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $550.00, and costs of $ 199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within________days.

☐ Attorneys' fees are not awarded.